IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA BROWN, derivatively on behalf of ANADARKO PETROLEUM CORPORATION and OCCIDENTAL PETROLEUM CORPORATION, | : : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 20-470-RGA |
| R.A. WALKER, et al., | : : | |
| Defendants. | : | |

# **O R D E R**

WHEREAS, the above-captioned case was stayed on April 28, 2020, due to litigation that is presently pending before the United States District Court for the Southern District of Texas, Houston Division (see D.I. 10);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the related litigation has been resolved so this case may be reopened and other appropriate action may be taken.

April 28, 2020 /s/ Richard G. Andrews
   DATE                                      UNITED STATES DISTRICT JUDGE